IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 08-mj-114 |
| | ) |
| ERICK COLEMAN, | ) |
| | ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

PLEASE enter the appearance of Assistant United States Attorney John C. Snyder as attorney of record, in place of Assistant United States Attorney Geoffrey G. Grivner, on behalf of the United States of America in the above-captioned matter.

Dated: July 15, 2008

                                                  Respectfully submitted,

                                                  COLM F. CONNOLLY
United States Attorney

/s/ John C. Snyder
John C. Snyder
Assistant United States Attorney
1007 N. Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046
(302) 573-6277, ext. 168
(302) 573-6220 (fax)