**REDACTED**



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 08- 107 |
| ERICK COLEMAN, | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about July 1, 2008, in the State and District of Delaware, ERICK COLEMAN, defendant herein, did knowingly possess in and affecting interstate commerce, a firearm, that is, a Ruger Model P95DC 9-mm semi-automatic pistol, serial number 311-41104, after having been convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court in and for the state of Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the

following:

1. the Ruger Model P95DC 9-mm semi-automatic pistol, serial number 311-41104, and

2. 12 rounds of ammunition.

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Geoffrey G. Grivner
Special Assistant United States Attorney

Dated: July 24, 2008