IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 08-107 |
| | ) |
| ERICK COLEMAN, | ) |
| | ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

PLEASE enter the appearance of Assistant United States Attorney John C. Snyder as attorney of record, in place of Assistant United States Attorney Geoffrey G. Grivner, on behalf of the United States of America in the above-captioned matter.

Dated: July 28, 2008

                                         Respectfully submitted,

                                         COLM F. CONNOLLY
                                         United States Attorney

                                         John C. Snyder
                                         Assistant United States Attorney
                                         1007 N. Orange Street, Suite 700
                                         P.O. Box 2046
                                         Wilmington, Delaware 19899-2046
                                         (302) 573-6277, ext. 168
                                         (302) 573-6220 (fax)