IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 08-107 |
| ) | |
| ERICK COLEMAN, ) | |
| ) | |
| Defendant. ) | |

NOTICE OF PRIOR CONVICTIONS
FOR SENTENCE ENHANCEMENT
UNDER 18 U.S.C. §924(e) OF
<u>COUNT I OF THE INDICTMENT</u>

NOW COMES Colm F. Connolly, United States Attorney, and John C. Snyder, Assistant United States Attorney, and respectfully hereby provide notice to Defendant Erick Coleman, because of the defendant's below-stated prior convictions for violent felonies as defined in 18 U.S.C. §924(e), the Defendant faces the following enhanced penalties on Possession of a Firearm by a Convicted Felon, 18 U.S.C. §§922(g)(1) and 924(e), as charged in Count I of the Indictment in the above case- a maximum of life imprisonment, with a minimum term of at least fifteen (15) years imprisonment for which the Court shall not suspend the sentence or grant a probationary sentence, five (5) years of supervised release, a maximum of a $250,000 fine, and a $100 special assessment.

The above-mentioned prior convictions for a violent felony are:

1. Assault Second Degree and Possession of a Deadly Weapon During the Commission of a Felony in the Superior Court of the State of Delaware on or about July 24, 1991 (conviction by jury) and on or about October 11, 1991 (sentencing) in Criminal Action Numbers IN90101118 and IN90101119;

2. Assault First Degree in the Superior Court of the State of Delaware on or about December 5, 1996 (guilty plea and sentencing) in Criminal Action Number IN95020242; and

3. Escape After Conviction in the Superior Court of the State of Delaware on or about January 10, 2002 (guilty plea and sentencing) in Criminal Action Number IK01090481.

                Respectfully submitted,

                COLM F. CONNOLLY
                UNITED STATES ATTORNEY

By: _____
    John C. Snyder
    Assistant United States Attorney

Date: July 29, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 08-107 |
| | ) |
| ERICK COLEMAN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## CERTIFICATE OF SERVICE

On July 29, 2008, the United States, by John C. Snyder, served the foregoing:

**NOTICE OF PRIOR CONVICTIONS
FOR SENTENCE ENHANCEMENT OF
<u>COUNT I OF THE INDICTMENT</u>**

by CM/ECF on

        Luis A. Ortiz, Esquire
        Federal Public Defender-Delaware
        First Federal Plaza
        704 King Street, Suite 110
        Wilmington, Delaware 19801

        /s/ John C. Snyder
        John C. Snyder
        Assistant United States Attorney