IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 08-107-GMS |
| ERICK COLEMAN, | : |
| Defendant. | : |

## ORDER

Having considered Defendant Coleman's Amended Motion to Extend Time to File Pre-Trial Motions, **IT IS HEREBY ORDERED** this 25th day of August, 2008, that pre-trial motions in this matter shall be due on the 2nd day of September, 2008, and that the time from August 14, 2008 up to the new due date for pre-trial motions to be filed shall be excluded under the Speedy Trial Act (18 U.S.C. § 3161, et seq.).

Honorable Gregory M. Sleet
Chief Judge, United States District Court

FILED
AUG 25 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE